STATE OF LOUISIANA, on the relation of V. MICIESES, praying for a mandamus, *v.* RECORDER BENIT.

*A party is entitled to an appeal from a conviction in a Recorder's Court, where a fine of more than three hundred dollars has been imposed.*

ON relation of *V. Micieses*, praying for a *mandamus*.
    Field & Shacklefield, for relator.

BUCHANAN, J. The relator prays for a *mandamus* to compel the allowance of an appeal from a conviction in the Recorder's Court, for selling liquor to a slave without the consent of his owner. Fine of $500 imposed.

The answer of the Recorder denies the right to appeal in this case, because there was no question of law presented by the record, and the petition for *mandamus* does not state any such, as required by Article 840 of the Code of Practice. Respondent also quotes Art. 62 of the Constitution, defining the appellate jurisdiction of this court in criminal cases, and confining it to questions of law alone.

The relator is clearly entitled to the appeal prayed for; a fine having been imposed upon him of more than three hundred dollars.

Let a peremptory *mandamus* issue.

LAND, J., absent.